**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VICTORIA STOWERS,

    Plaintiff,

    v.

WINCO FOODS, LLC, et al.,

    Defendants.
_____/

No. C-13-02631 TEH (EDL)

NOTICE OF CONTINUANCE
<u>OF SETTLEMENT CONFERENCE</u>

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference currently scheduled for November 12, 2014 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued to **November 19, 2014 at 9:30 am.**

Settlement Conference statements, if not previously submitted, are due **November 10, 2014.** All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Chief Magistrate Judge Laporte's Courtroom Deputy immediately at (415) 522-3694 if this case settles prior to the date set for settlement conference.

Dated: July 18, 2014

_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge