**CALIFORNIA CIVIL RIGHTS LAW GROUP**
**Law Offices of Lawrence A. Organ**
LAWRENCE A. ORGAN (SBN 175503)
ROBERT J.A. FORDIANI (SBN 256041)
JULIANNE K. SCHWARZ (SBN 290001)
407 San Anselmo Avenue, Suite 201
San Anselmo, CA 94960
T. 415.453.4740
F. 415.785.7352
larry@civilrightsca.com
rob@civilrightsca.com
julianne@civilrightsca.com

Attorneys for Plaintiff
VICTORIA STOWERS

UNITED STATES DISTRICT COURT

FOR THE DISTRCIT OF NORTHERN CALIFORNIA

| | |
|---|---|
| VICTORIA STOWERS, an individual<br><br>    Plaintiff,<br><br>    vs.<br><br>WINCO FOODS LLC, WINCO HOLDINGS, INC., WINCO FOODS FOUNDATION, INC. and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO.: 3:13-cv-02631-TEH<br><br>**PLAINTIFF ~~VICOTIRA~~ VICTORIA STOWERS'S REQUEST FOR DIMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(2)**<br><br>**~~[PROPOSED]~~ ORDER SUBMITTED HEREWITH**<br><br>Complaint Filed: June 7, 2013<br>Trial Date: March 17, 2015 |

---

1
PLAINTIFF VICTORIA STOWERS'S REQUEST FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE THELTON E. HENDERSON, UNITED STATES DISTRICT COURT JUDGE:

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Victoria Stowers hereby respectfully requests this court to dismiss this action with prejudice and with each party to bear its own costs and attorney's fees. The court may dismiss an action on motion of a Plaintiff on "such terms and conditions as the court deems proper." FRCP 41(a)(2). Plaintiff Stowers bases this request on the following: The parties have reached a resolution and desire this action to be dismissed with prejudice. As such, dismissal of this action with prejudice would be proper.

Dated: July 26, 2013                                    CALIFORNIA CIVIL RIGHTS LAW GROUP


    /s/ Julianne K. Schwarz_____
LAWRENCE A. ORGAN
ROBERT J.A. FORDIANI
JULIANNE K. SCHWARZ

Attorneys for Plaintiff Victoria Stowers

**[PROPOSED] ORDER**

Based on the foregoing and for good cause shown, IT IS HEREBY ORDERED that Plaintiff Victoria Stowers's action against Defendants WinCo Foods LLC, WinCo Holdings, Inc., and WinCo Foods Foundation, Inc., Case Number 3:13-CV-02631-TEH, be dismissed with prejudice.  IT IS FURTHER ORDERED that each party is to bear their own costs and attorney's fees.

Dated: October 27, 2014

_____
Judge Thelton E. Henderson